**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| STANN & ASSOCIATES, INC., | CASE NO. 05-51738 SA |
| Debtor. | JUDGE Jack B. Schmetterer |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO  the Debtor, Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:     U.S. BANKRUPTCY COURT
> Dirksen Federal Courthouse
> 219 S. Dearborn Street, Courtroom 682
> Chicago, Illinois  60604

> on:    **August 30, 2007**
> at:     **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 15,128.20 |
| b. Disbursements | $ | 12.83 |
| c. Net Cash Available for Distribution | $ | 15,115.37 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| EUGENE CRANE | 0.00 | $2,262.82 | |
| (Trustee Fees) | | | |
| Popowcer Katten, Ltd. | 0.00 | $960.00 | |
| (Trustee's Accountant Fees) | | | |
| Crane, Heyman, Simon, Welch & Clar | 0.00 | $4,506.00 | |
| (Trustee's Firm Legal Fees) | | | |

5.       In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

6.       Claims of general unsecured creditors totaling $308,570.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.39%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 1 | Metrocall | $ | 148.01 | $ | 3.54 |
| 2 | Illinois Earth Care Workers Compensation Trust | $ | 235,737.92 | $ | 5,643.09 |
| 3 | Chicago Tower Leasing Corp. | $ | 19,128.00 | $ | 457.89 |
| 4 | Stanley R. Stann | $ | 3,556.25 | $ | 85.13 |
| 5 | Gregory Marquette | $ | 50,000.00 | $ | 1,196.90 |

7.       Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.       The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.       Debtor has not been discharged.

10.      The Trustee proposes to abandon the following property at the hearing: Bank accounts,

tax refunds, single axel cable trailer,, machinery, fixtures and business equipment.

Dated:  **July 17, 2007**                        For the Court,


By: **KENNETH S GARDNER**

    Kenneth S. Gardner

    Clerk of the United States Bankruptcy Court

    219 S. Dearborn Street; 7th Floor

    Chicago, IL  60604


Trustee:    EUGENE CRANE

Address:    135 S. LaSalle Street, #3705

              Chicago, IL  60603

Phone No.:    (312) 641-6777