**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| STANN & ASSOCIATES, INC., | CASE NO. 05-51738 SA |
| Debtor. | JUDGE Jack B. Schmetterer |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    Dirksen Federal Courthouse
    219 S. Dearborn Street, Courtroom 682
    Chicago, Illinois 60604

    on: **August 30, 2007**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         15,128.20

    b. Disbursements                         $              12.83

    c. Net Cash Available for Distribution   $         15,115.37

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| EUGENE CRANE (Trustee Fees) | 0.00 | $2,262.82 | |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $960.00 | |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $4,506.00 | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

6. Claims of general unsecured creditors totaling $308,570.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.39%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Metrocall | $ 148.01 | $ 3.54 |
| 2 | Illinois Earth Care Workers Compensation Trust | $ 235,737.92 | $ 5,643.09 |
| 3 | Chicago Tower Leasing Corp. | $ 19,128.00 | $ 457.89 |
| 4 | Stanley R. Stann | $ 3,556.25 | $ 85.13 |
| 5 | Gregory Marquette | $ 50,000.00 | $ 1,196.90 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: Bank accounts,

tax refunds, single axel cable trailer,, machinery, fixtures and business equipment.

Dated: **July 17, 2007**   For the Court,

By:**KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: EUGENE CRANE
Address: 135 S. LaSalle Street, #3705
Chicago, IL 60603
Phone No.: (312) 641-6777

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Jul 17, 2007
Case: 05-51738                Form ID: pdf002          Total Served: 24
```

The following entities were served by first class mail on Jul 19, 2007.
```
db         +Stann & Associates, Inc.,    105 Murphy Lake Road,    Park Ridge, IL 60068-2893
aty        +August A Pilati,    Gesas, Pilati, Gesas & Golin LTD,    53 W Jackson Blvd,    Suite 528,
             Chicago, IL 60604-3617
tr         +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
10164907   +AIG,    P.O. Box 382014,    Pittsburgh, PA 15250-8014
10164908   +Attorney General Lisa Madigan,    Attn: M. McGivern,    100 W. Randolph Street, 13th Floor,
             Chicago, IL 60601-3397
10164911   +Bryan R. Bagdaddy, P.C.,    801 Warrenville Road,    Suite 100,    Lisle, IL 60532-4329
10164914   +CISCO, Inc.,    1702 Townhurst Drive,    Houston, TX 77043-2811
10164913   +Chicago Tower Leasing Corp.,    105 Murphy Lake Road,    Park Ridge, IL 60068-2893
10164915   +Darlene Vaughn, et al. c/o P Turcy,    Goldberg, Weisman & Cairo, Ltd.,
             One East Wacker - 34th Floor,    Chicago, IL 60601-2028
10164917   +Edward H. Shenoo, Esq.,    4801 West Peterson,    Suite 305,    Chicago, IL 60646-5726
10788856   +Gregory Marquette,    c/o Baal & O'Connor,    221 N LaSalle 26th Floor,    Chicago, IL 60601-1206
10164918   +Group Self-Insurers Insolvency Fund,    100 West Randolph Street,    13th Floor,
             Chicago, IL 60601-3397
10164920   +Group Workers Compensation Pool,    Insolvency Fund,    320 West Washington,
             Springfield, IL 62767-0001
10164922   +IL Earth Care Workers Compensation,    222 Merchandise Mart Plaza,    #1450,
             Chicago, IL 60654-1299
10746934   +Ilinois Earth Care Workers Compenstion Trust,    Bryan R Bagdady P C,    801 Warrenville Rd,
             Suite 100,    Lisle,   60532-4329
10164923   +Law Offices of Mitchell Kay,    29 North Wacker Drive,    Chicago, IL 60606-3221
10164924   +Metrocall,    USAMOBILITY,    890 East Heinberg Street,    Pensacola, FL 32502-4147
10164925   +N. Shapo, IL Director of Insurance,    Liquidator - IL Earth Care WC Trust,
             320 West Washington Street,    Springfield, IL 62767-0001
10164926   +Office of Special Deputy Receiver,    Special Deputy Baldwin,    222 Merchandise Mart Plaza,
             Chicago, IL 60654-1103
10164927   +P & D Antenna,    5305 Boy Scout Road,    Saint Anne, IL 60964-5476
10164928    Security Credit, Inc.,    P.O. Box 12070,    Everett, WA 98206-2070
10164929   +Stann, Stanley R.,    105 Murphy Lake Road,    Park Ridge, IL 60068-2893
10164930   +Treasurer of State of Illinois,    Judy Barr Topinka,    100 W. Randolph St., Suite 15-600,
             Chicago, IL 60601-3232
10164931   +Vicky Elsbury, et al. c/o MJ Evers,    Whitney, Wolfe, Elfenbaum & Evers,
             940 West Adams Street, Suite 300,    Chicago, IL 60607-3043
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Eugene Crane
acc           Lois West,    Popowcer Katten Ltd
10788857*   +Gregory Marquette,    c/o Baal & O'Connor,    221 N LaSalle, 26th Floor,    Chicago, IL 60601-1206
                                                                                               TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2007**                             **Signature:** *Joseph Speetjens*