# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-51738 SA |
| Case Name: | STANN & ASSOCIATES, INC. |
| Taxpayer ID #: | 36-3211545 |
| Period Ending: | 04/16/08 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****66-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/06 | {6} | American Auction Associates, Inc. | Liquidation of Construction Equipment Proceeds from Auction | 1129-000 | 15,000.00 | | 15,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.60 | | 15,004.60 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.50 | | 15,014.10 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.20 | | 15,024.30 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.88 | | 15,034.18 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.22 | | 15,044.40 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.23 | | 15,054.63 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.56 | | 15,064.19 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.56 | | 15,074.75 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.90 | | 15,084.65 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.58 | | 15,094.23 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.06 | | 15,104.29 |
| 02/08/07 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2006 FOR CASE #05-51738, Blanket Bond Payment for Eugence Crane ~Bond #016026455 | 2300-000 | | 12.83 | 15,091.46 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.52 | | 15,098.98 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.06 | | 15,107.04 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.33 | | 15,115.37 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.34 | | 15,123.71 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.80 | | 15,131.51 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.61 | | 15,140.12 |
| 08/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 7.81 | | 15,147.93 |
| 08/30/07 | | To Account #********6666 | TRANSFER FUNDS FROM MONEY MARKET | 9999-000 | | 15,147.93 | 0.00 |

Subtotals : $15,160.76  $15,160.76

{} Asset reference(s)

Printed: 04/16/2008 02:43 PM    V.10.03

EXHIBIT B

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-51738 SA | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | STANN & ASSOCIATES, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 36-3211545 | Account: | ***-*****66-65 - Money Market Account |
| Period Ending: | 04/16/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ACCT TO GENERAL ACCT TO CLOSE CASE | | 15,160.76 | 15,160.76 | $0.00 |

| | | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 15,160.76 | 15,160.76 |
| Less: Bank Transfers | 0.00 | 15,147.93 |
| **Subtotal** | 15,160.76 | 12.83 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$15,160.76** | **$12.83** |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-51738 SA | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | STANN & ASSOCIATES, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 36-3211545 | Account: | ***-*****66-66 - Checking Account |
| | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/16/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/07 | {Ref #} | From Account #*******6665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 15,147.93 | | 15,147.93 |
| 09/05/07 | 101 | EUGENE CRANE | Dividend paid 100.00% on $2,262.82, Trustee Compensation; Reference: | 2100-000 | | 2,262.82 | 12,885.11 |
| 09/05/07 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $960.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 960.00 | 11,925.11 |
| 09/05/07 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,506.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,506.00 | 7,419.11 |
| 09/05/07 | 104 | Illinois Earth Care Workers Compensation Trust | Dividend paid 2.40% on $235,737.92; Claim# 2; Filed: $235,737.92; Reference: Stopped on 09/18/07 | 7100-004 | | 5,667.97 | 1,751.14 |
| 09/05/07 | 105 | Chicago Tower Leasing Corp. | Dividend paid 2.40% on $19,128.00; Claim# 3; Filed: $19,128.00; Reference: | 7100-000 | | 459.90 | 1,291.24 |
| 09/05/07 | 106 | Stann, Stanley R. | Dividend paid 2.40% on $3,556.25; Claim# 4; Filed: $3,556.25; Reference: | 7100-000 | | 85.50 | 1,205.74 |
| 09/05/07 | 107 | Gregory Marquette | Dividend paid 2.40% on $50,000.00; Claim# 5; Filed: $50,000.00; Reference: Stopped on 01/28/08 | 7100-004 | | 1,202.18 | 3.56 |
| 09/05/07 | 108 | Clerk of the United States Bankruptcy Court | Dividend under $5.00 | 7100-000 | | 3.56 | 0.00 |
| 09/18/07 | 104 | Illinois Earth Care Workers Compensation Trust | Dividend paid 2.40% on $235,737.92; Claim# 2; Filed: $235,737.92; Reference: Stopped: check issued on 09/05/07 | 7100-004 | | -5,667.97 | 5,667.97 |
| 09/18/07 | 109 | Illinois Earth Care Workers Compensation Trust | Dividend paid at 2.40% | 7100-000 | | 5,667.97 | 0.00 |
| | | | | Subtotals : | $15,147.93 | $15,147.93 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-51738 SA | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|
| Case Name: | STANN & ASSOCIATES, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****66-66 - Checking Account |
| Taxpayer ID #: | 36-3211545 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/16/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/08 | 107 | Gregory Marquette | Dividend paid 2.40% on $50,000.00; Claim# 5; Filed: $50,000.00; Reference: Stopped: check issued on 09/05/07 | 7100-004 | | -1,202.18 | 1,202.18 |
| 01/28/08 | 110 | Gregory Marquette | Dividend payment for Claim No. 5 | 7100-000 | | 1,202.18 | 0.00 |

|  |  | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 15,147.93 | 15,147.93 | $0.00 |
| | Less: Bank Transfers | 15,147.93 | 0.00 | |
| | **Subtotal** | 0.00 | 15,147.93 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | $0.00 | $15,147.93 | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| MMA # ***-*****66-65 | | 15,160.76 | 12.83 | 0.00 |
| Checking # ***-*****66-66 | | 0.00 | 15,147.93 | 0.00 |
| | | $15,160.76 | $15,160.76 | $0.00 |